**Order entered September 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00995-CV

**MATTHEW STEPHEN SANTORO, Appellant**

**V.**

**ZFN REALTY, LLC, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01961-2019**

## ORDER

Before the Court is Collin County Clerk Stacey Kemp's September 16, 2019 request for an extension of time to file the clerk's record. Ms. Kemp explains the extension is necessary because appellant has not paid the fee for preparing the record.

The trial court clerk is responsible for filing the clerk's record if the party responsible for paying for preparation of the record has paid or made arrangements to pay the clerk's fee or is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 35.3(a). Accordingly, we **GRANT** the request to the extent we **ORDER** appellant to file, no later than September 30, 2019, written verification he has paid or made arrangements to pay for the record or is entitled to appeal without payment of costs. *See id.* We caution appellant that failure to comply may result in this appeal being dismissed without further notice. *See id.* 37.3(b), 42.3(b),(c).

/s/     BILL WHITEHILL
          JUSTICE